UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BRISKER, IV,

          Petitioner,

    v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

          Respondent.

No. 2:25-cv-3611-CSK P

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an application to proceed in forma pauperis or paid the court's filing fee.

    Petitioner is presently incarcerated at Calipatria State Prison in Imperial County. He is serving a sentence for a conviction rendered by the San Mateo County Superior Court.

    The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District Court for the Northern District of California and his place of incarceration is in an area covered by the District Court for the Southern District of California.

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Dated: December 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bris3611.108a

2