UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES L. BRISKER, IV, AW6554,

Petitioner,

v.

PATWLN HORN, Warden,

Respondent.

Case No. 25-cv-11111-CRB  (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order dismissing the petition for a writ of habeas corpus, the petition is dismissed with prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  April 16, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California